UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:  §  Case No. 2:15-BK-33128-BEH
 §
PETPRO RESOURCES, LLC  §
 §
 §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Steven R. McDonald, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $389,750.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $777,174.31 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $132,825.69 | | |

3) Total gross receipts of $910,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $910,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $87,000.00 | $1,733,420.57 | $1,733,420.57 | $737,194.65 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $132,825.69 | $132,825.69 | $132,825.69 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $310,383.43 | $2,992,029.54 | $2,992,029.54 | $39,979.66 |
| **Total Disbursements** | $397,383.43 | $4,858,275.80 | $4,858,275.80 | $910,000.00 |

4). This case was originally filed under chapter 7 on 12/04/2015. The case was pending for 41 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/31/2019　　　　　　　　　　By:　/s/ Steven R. McDonald
　　　　　　　　　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY: INDUSTRIAL PROPERTY | 1110-000 | $879,800.00 |
| MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 1129-000 | $25,000.00 |
| OFFICE FURNISHINGS, OFFICES, LAB EQUIPMENT | 1129-000 | $5,000.00 |
| TWO OFFICE CHAIRS | 1129-000 | $200.00 |
| **TOTAL GROSS RECEIPTS** | | **$910,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4S | Axis Capital, Inc. | 4210-000 | $0.00 | $30,000.00 | $30,000.00 | $0.00 |
| 5S | Axis Capital, Inc. | 4210-000 | $0.00 | $15,773.09 | $15,773.09 | $0.00 |
| 6S | Merchant Cash and Capital, LLC | 4210-000 | $0.00 | $102,083.50 | $102,083.50 | $0.00 |
| 7S | Randolph County Tax Collector | 4700-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8-2 | Department of the Treasury | 4300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24S | J.T. Yates Electric Service, Inc. | 4210-000 | $0.00 | $62,663.28 | $62,663.28 | $0.00 |
| 28S | World Business Lenders, LLC | 4210-000 | $0.00 | $47,583.97 | $47,583.97 | $0.00 |
| 32S | Steve Ray (creditor: Yadkin Bank) | 4110-000 | $0.00 | $730,000.00 | $730,000.00 | $0.00 |
| 34S | Crestmark Bank | 4210-000 | $0.00 | $8,122.08 | $8,122.08 | $0.00 |
| 38 | Alliance Funding Group | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Corporation Service Co. | 4210-000 | $60,000.00 | $0.00 | $0.00 | $0.00 |
| ADM7 | First National Bank of Pennsylvania | 4110-000 | $0.00 | $737,194.65 | $737,194.65 | $737,194.65 |
| | Gateway Trade Funding | 4210-000 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| | Ironwood Finance | 4210-000 | $13,000.00 | $0.00 | $0.00 | $0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LG Funding | 4210-000 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | $87,000.00 | $1,733,420.57 | $1,733,420.57 | $737,194.65 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Steven R. McDonald, Trustee | 2100-000 | NA | $48,750.00 | $48,750.00 | $48,750.00 |
| Steven R. McDonald, Trustee | 2200-000 | NA | $247.92 | $247.92 | $247.92 |
| International Sureties, Ltd. | 2300-000 | NA | $70.15 | $70.15 | $70.15 |
| Independent Bank | 2600-000 | NA | $136.54 | $136.54 | $136.54 |
| Integrity Bank | 2600-000 | NA | $867.67 | $867.67 | $867.67 |
| Rabobank | 2600-000 | NA | $80.12 | $80.12 | $80.12 |
| Rabobank, N.A. | 2600-000 | NA | $1,368.44 | $1,368.44 | $1,368.44 |
| Bankruptcy Clerk of Court | 2700-000 | NA | $362.00 | $362.00 | $362.00 |
| Randolph County Tax Department Payment to Randolph County for 2015 and 2016 real estate and personal property taxes upon the sale of real estate pursuant to a Court Order | 2820-000 | NA | $61,547.23 | $61,547.23 | $61,547.23 |
| Randolph County Tax Department Payment to Randolph County for 2017 real estate taxes upon the sale of real estate pursuant to a Court Order | 2820-000 | NA | $5,508.12 | $5,508.12 | $5,508.12 |
| Elizabeth Koonce and Roberson Haworth & Reese, PLLC, Attorney for Trustee | 3210-000 | NA | $11,123.65 | $11,123.65 | $11,123.65 |
| Elizabeth Koonce and Roberson Haworth & Reese, PLLC, Attorney for Trustee | 3220-000 | NA | $376.35 | $376.35 | $376.35 |
| Michael K. Benton, Accountant for Trustee | 3410-000 | NA | $2,137.50 | $2,137.50 | $2,137.50 |
| Michael K. Benton, Accountant for Trustee | 3420-000 | NA | $250.00 | $250.00 | $250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | $132,825.69 | $132,825.69 | $132,825.69 |

| CHARGES |
|---|

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AIB International Inc. | 7100-000 | $0.00 | $2,900.63 | $2,900.63 | $38.81 |
| 2 | Panther Premium Logistics | 7100-000 | $0.00 | $1,135.42 | $1,135.42 | $15.19 |
| 3-2 | 360 Equipment Finance LLC | 7100-000 | $0.00 | $38,352.28 | $38,352.28 | $513.31 |
| 4U | Axis Capital, Inc. | 7100-000 | $0.00 | $4,658.71 | $4,658.71 | $62.35 |
| 9 | U-Line | 7100-000 | $0.00 | $1,338.53 | $1,338.53 | $17.91 |
| 10 | Sigma Packaging LLC | 7100-000 | $0.00 | $6,511.50 | $6,511.50 | $87.15 |
| 11U | Seagrove Foods, Inc. | 7100-000 | $0.00 | $1,020,000.00 | $1,020,000.00 | $13,651.65 |
| 12 | John F. Biagas | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $669.20 |
| 13 | John F. Biagas | 7100-000 | $0.00 | $25,000.00 | $25,000.00 | $334.60 |
| 14 | Express Employment Professionals | 7100-000 | $0.00 | $186,330.55 | $186,330.55 | $2,493.84 |
| 15 | Randolph Boiler & Mechanical, Inc. | 7100-000 | $0.00 | $3,899.82 | $3,899.82 | $52.20 |
| 16 | Carolina Conveying | 7100-000 | $0.00 | $7,414.31 | $7,414.31 | $99.23 |
| 17 | McNichols Company | 7100-000 | $0.00 | $550.70 | $550.70 | $7.37 |
| 18 | Radco Industries, Inc. | 7100-000 | $0.00 | $2,363.00 | $2,363.00 | $31.63 |
| 19 | AIB International, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | Brooks Contractor | 7100-000 | $0.00 | $1,406.60 | $1,406.60 | $18.83 |
| 21 | Radco Industries, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | Ivey & Eggleston | 7100-000 | $0.00 | $250.00 | $250.00 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 22; | 7100-001 | $0.00 | $0.00 | $0.00 | $3.35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Ivey & Eggleston) | | | | | |
| 23 | Carlton Scale | 7100-000 | $0.00 | $1,264.87 | $1,264.87 | $16.93 |
| 25 | Vincent Corporation | 7100-000 | $0.00 | $16,111.03 | $16,111.03 | $215.63 |
| 26 | Bob Ragon | 7100-000 | $0.00 | $9,734.07 | $9,734.07 | $130.28 |
| 27 | Pawnee Leasing Corporation | 7100-000 | $0.00 | $38,566.43 | $38,566.43 | $516.17 |
| 29-3 | Alliance Funding Group | 7100-000 | $0.00 | $85,746.61 | $85,746.61 | $1,147.63 |
| 30 | Seagrove Ulah Metropolitan Water District | 7100-000 | $0.00 | $3,320.34 | $3,320.34 | $44.44 |
| 31 | Wayne Bailey, Inc. (PACA) | 7100-000 | $0.00 | $124,012.84 | $124,012.84 | $1,659.78 |
| 32U | First National Bank of Pennsylvania (f/k/a Yadkin Bank) | 7100-000 | $0.00 | $1,211,987.58 | $1,211,987.58 | $16,221.21 |
| 33 | Southern Produce Distributors, Inc. (PACA) | 7100-000 | $0.00 | $109,131.66 | $109,131.66 | $1,460.62 |
| 35 | Keystone Equipment Finance Corp. | 7100-000 | $0.00 | $12,791.06 | $12,791.06 | $171.20 |
| 36 | Mechanical Maintenance, Inc. | 7100-000 | $0.00 | $22,351.00 | $22,351.00 | $299.15 |
| 37Tardy | Tri-Lift NC, Inc. | 7200-000 | $0.00 | $4,900.00 | $4,900.00 | $0.00 |
| | AREVA Lynchburg | 7100-000 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| | Asheboro Key & Lock | 7100-000 | $414.10 | $0.00 | $0.00 | $0.00 |
| | Asheboro Machine Shop, Inc. | 7100-000 | $2,365.00 | $0.00 | $0.00 | $0.00 |
| | Asheboro Recycling | 7100-000 | $1,140.67 | $0.00 | $0.00 | $0.00 |
| | Carolina Analytical Services, LLC | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
| | ChemIndustrial Systems, Inc. | 7100-000 | $809.18 | $0.00 | $0.00 | $0.00 |
| | City Electric Supply | 7100-000 | $251.44 | $0.00 | $0.00 | $0.00 |
| | Contracting & Manufacturing, Inc. | 7100-000 | $3,500.00 | $0.00 | $0.00 | $0.00 |
| | Craven Services, Inc. | 7100-000 | $567.96 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| D-Blaze | 7100-000 | $3,946.87 | $0.00 | $0.00 | $0.00 |
| DCS Electric, LLC | 7100-000 | $3,825.79 | $0.00 | $0.00 | $0.00 |
| Diversified Energy Partners, Inc. | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| Duke Energy | 7100-000 | $50,000.00 | $0.00 | $0.00 | $0.00 |
| First Choice Equipment Sales | 7100-000 | $14,736.74 | $0.00 | $0.00 | $0.00 |
| First Line Plumbing | 7100-000 | $524.47 | $0.00 | $0.00 | $0.00 |
| Ham Produce Company, Inc. | 7100-000 | $35,000.00 | $0.00 | $0.00 | $0.00 |
| Hunt Electric Supply Co. | 7100-000 | $1,264.73 | $0.00 | $0.00 | $0.00 |
| James River Equipment | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| JJPF, Inc. | 7100-000 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| KG Solutions, Inc. | 7100-000 | $232.48 | $0.00 | $0.00 | $0.00 |
| Leonard Electric Motor Repair | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Lewis Systems & Service, Inc. | 7100-000 | $5,319.37 | $0.00 | $0.00 | $0.00 |
| Machine Welding & Supply Co. | 7100-000 | $4,000.00 | $0.00 | $0.00 | $0.00 |
| Metal Design & Fabrication | 7100-000 | $2,383.00 | $0.00 | $0.00 | $0.00 |
| Nash Produce | 7100-000 | $4,000.00 | $0.00 | $0.00 | $0.00 |
| Online Freight Services | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Otho's Pest Management | 7100-000 | $420.00 | $0.00 | $0.00 | $0.00 |
| Paul W. Wammock | 7100-000 | $3,510.10 | $0.00 | $0.00 | $0.00 |
| Pride Plumbing, Inc. | 7100-000 | $1,796.01 | $0.00 | $0.00 | $0.00 |
| Process & Equipment Development Corp. | 7100-000 | $1,100.00 | $0.00 | $0.00 | $0.00 |
| Q's Trucking | 7100-000 | $3,600.00 | $0.00 | $0.00 | $0.00 |
| Randolph Oil Company, Inc. | 7100-000 | $11,235.45 | $0.00 | $0.00 | $0.00 |
| REPCO Services LLC | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| Russell Welch | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| Schloemer Law Firm | 7100-000 | $18,000.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Schnupp's Grain Roasting, LLC | 7100-000 | $7,274.88 | $0.00 | $0.00 | $0.00 |
| Sentry Fire Protection | 7100-000 | $1,014.00 | $0.00 | $0.00 | $0.00 |
| Sunbelt Rentals | 7100-000 | $60,974.83 | $0.00 | $0.00 | $0.00 |
| Thompson Roofing Services | 7100-000 | $27,414.14 | $0.00 | $0.00 | $0.00 |
| Time Warner Cable | 7100-000 | $379.24 | $0.00 | $0.00 | $0.00 |
| Total Communications | 7100-000 | $203.30 | $0.00 | $0.00 | $0.00 |
| Triad Forklift | 7100-000 | $3,454.68 | $0.00 | $0.00 | $0.00 |
| WG Financing | 7100-000 | $15,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $310,383.43 | $2,992,029.54 | $2,992,029.54 | $39,979.66 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 15-33128-BEH | | Trustee Name: | Steven R. McDonald |
|---|---|---|---|---|
| Case Name: | PETPRO RESOURCES, LLC | | Date Filed (f) or Converted (c): | 12/04/2015 (f) |
| For the Period Ending: | 5/31/2019 | | §341(a) Meeting Date: | 01/06/2016 |
| | | | Claims Bar Date: | 11/22/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  DEPOSITS ON LEASED EQUIPMENT | $39,750.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** Microwave generator and continuous microwave applicator leased by Debtor from Alliance Funding. The leased equipment itself was never the Debtor's property and therefore, it was not property of the estate. The Debtor's security deposit on this equipment was $35,000.00. The Creditor brought a Motion for Relief and Abandonment. The Motion was granted by the Court granting the Creditor the right to apply the security deposit to the contractual payments required by the Debtor. This asset has been abandoned.  360 Equipment Financing had a lien on the Urchel Sprint dicer in the amount $51,102.28.. The Equipment itself was worth $26,000.00 and the security deposit appears to be $4,750.00, for a total of $30,750.00. The amount of the lien greatly exceeds the combined value of the equipment and deposit. The creditor filed a Motion for Relief regarding the assets. The order mentions abandonment and directs the creditor to recover and liquidate the equipment used as collateral. | | | | | |
| 2  OFFICE FURNISHINGS, OFFICES, LAB EQUIPMENT | $5,000.00 | $0.00 | | $5,000.00 | FA |
| **Asset Notes:** Yadkin Bank has a GBSA that creates a lien in excess of $1.65m that attaches to all of the Debtor's real and personal property. This asset is personal property included in the Trustee's Motion to Sell Real and Personal Property filed on 12/30/16. | | | | | |
| 3  TWO OFFICE CHAIRS | $0.00 | $0.00 | | $200.00 | FA |
| **Asset Notes:** Net book value of debtor's interest: $200.00. Yadkin Bank has a GBSA that creates a lien in excess of $1.65m that attaches to all of the Debtor's real and personal property. This asset is personal property included in the Trustee's Motion to Sell Real and Personal Property filed on 12/30/16. | | | | | |
| 4  MACHINERY AND EQUIPMENT | $350,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** The equipment is listed and itemized in Schedule B as an attachment. Axis Capital has a $60,000.00 lien on F5 vortex machine and Watlow electric heat exchanger. Corporation Service Co. has a $60,000.00 lien on a microwave generator and continuous microwave applicator. J.T. Yates Electric Service, Inc. has a $56,627.28 lien on property, plant, and equipment. Yadkin Bank has a GBSA that creates a lien in excess of $1.65m that attaches to all of the Debtor's real and personal property. | | | | | |
| 5  REAL PROPERTY: INDUSTRIAL PROPERTY | $1,350,000.00 | $0.00 | | $879,800.00 | FA |
| **Asset Notes:** Two buildings totaling 183,738 square feet on 19.55 acres zoned commercial in Seagrove, NC 27341. Yadkin Bank has $1,645,000.00 mortgage on all assets. World Business Lenders has $35,000.00 second mortgage on real estate. Randolph County Tax Collector has $29,000.00 tax lien on real and personal property. The Trustee has negotiated with Yadkin Bank to sell this property and intends to sell this property in North Carolina for $910,000.00.  Recent appraisals of the property indicate that it is worth in the neighborhood of $750,000.00. The property is in very poor repair which has greatly diminished the value. Recent estimates for repairs to the roof exceed $600,000.00 and an estimate for the electrical system was in excess of $500,000.00.  After all liens and costs of sales were paid, the estate received $105,750.00. The order authorizing this sale ESTIMATED current attorney costs at $1,000.00 creating an initial projection that the estate would receive $105,250.00. However, the actual attorney for the trustee costs total $1,500.00, accounting for the additional $500.00 that was paid to the estate at closing as was contemplated in the Motion and Order. | | | | | |
| 6  MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | $0.00 | $0.00 | | $25,000.00 | FA |
| **Asset Notes:** JBDJ, LLC has offered to purchase the real property listed as asset #5, the office furnishings listed as asset #2 and #3 and a portion of the personal property listed as asset #4. | | | | | |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 15-33128-BEH | Trustee Name: | Steven R. McDonald |
|---|---|---|---|
| Case Name: | PETPRO RESOURCES, LLC | Date Filed (f) or Converted (c): | 12/04/2015 (f) |
| For the Period Ending: | 5/31/2019 | §341(a) Meeting Date: | 01/06/2016 |
| | | Claims Bar Date: | 11/22/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

The buyer wishes to purchase the following equipment and furnishings that are a portion of asset #4:

1. Gas Forklift, 2. Propane Gas Tank Storage Cage, 3. Shipping work Desk, 4. Tool Shop Misc. Parts, 5. Breakroom Tables, 6. Six Bays of Racks, 7. Flammables Storage Cabinet, 8. Assorted Work Tables.

The Trustee has listed these items as a separate asset solely for accounting purposes. When the sale closes, in March of 2017, the Trustee will need to attribute a portion of the sale proceeds to the assets that were purchased by the buyer and abandon the assets that were not purchased. The forklift had a value of $3,000.00 listed in an attachment to Schedule B. The remaining seven assets that the buyer wishes to purchase were lumped into a description of 100 miscellaneous lesser valued items. The attachment to Schedule B listed the value of the 100 items at $125,000.00. The Trustee estimates that the total value for the eight items to be purchased is $25,000.00.

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$1,744,750.00     $0.00     $910,000.00     $0.00

**Major Activities affecting case closing:**

Steven McDonald is the Successor Trustee in this case. The assets in this case were property and equipment in Seagrove, NC.

An Application to Employ Elizabeth M. Koonce and Roberson Haworth & Reese, PLLC as Trustee attorneys was filed and the order was signed by the Court.

On December 30, 2016, the Motion to Sell Property of the Estate Pursuant to Section 363(f) was filed. The order authorizing the sale of this property was signed on February 13, 2017. The sale of this real estate closed on March, 15, 2017.

The sale of real estate and personal property was conducted on March 15, 2017, the gross sale price was $910,000.00. The bankruptcy estate received the net proceeds from this sale on March 20, 2017, in the amount of $105,750.00 and the Trustee's Report of Sale has been filed.

A Motion to abandon the inconsequential property has been filed and the Order has been signed by the Court.

An Application to compensate Elizabeth M. Koonce and Roberson Haworth & Reese, PLLC was filed and the order was signed by the Court on August 24, 2017. Attorney Koonce has been compensated.

On October 19, 2017, the order was signed authorizing the Trustee to hire Michael K. Benton of Anderson, Tackman & Comapny PLC as Accontant for the Trustee to prepare and file tax returns in this case.

Tax Returns were filed with the respective government agencies.

On November 29, 2018, the Court signed the Order to Compensate Michael K. Benton, CPA. Mr. Benton has been compensated for his work.

Claims review has been completed. A TFR has been prepared. Trustee was directed to withhold the filing of the TFR until instructed to due so by the United States Trustee's office as a consequence of the government shut down. Trustee McDonald has now been authorized to submit TFRs to the United States Trustee's office. The TFR was submitted to the United State Trustee's office on 1/24/19.

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 15-33128-BEH | | Trustee Name: | Steven R. McDonald |
|---|---|---|---|---|
| Case Name: | PETPRO RESOURCES, LLC | | Date Filed (f) or Converted (c): | 12/04/2015 (f) |
| For the Period Ending: | 5/31/2019 | | §341(a) Meeting Date: | 01/06/2016 |
| | | | Claims Bar Date: | 11/22/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 01/06/2018      /s/ STEVEN R. MCDONALD
**Current Projected Date Of Final Report (TFR):** 02/15/2019      STEVEN R. MCDONALD

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-33128-BEH | | Trustee Name: | Steven R. McDonald |
|---|---|---|---|---|
| Case Name: | PETPRO RESOURCES, LLC | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***1979 | | Checking Acct #: | ******3066 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 12/4/2015 | | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 5/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/20/2017 | | Ivey & Eggleston, IOLTA Real Estate Trust Account | Payment of the Bankruptcy Estate's portion of the proceeds of the sale of real estate and personal property conducted on March 15, 2017. | * | $105,750.00 | | $105,750.00 |
| | {2} | | Sale of Personal Property, Office Furniture    $5,000.00 | 1129-000 | | | $105,750.00 |
| | {3} | | Sale of Personal Property, Two Offic Chairs    $200.00 | 1129-000 | | | $105,750.00 |
| | {5} | | Payment for sale of real estate pursuant to a Court Order    $879,800.00 | 1110-000 | | | $105,750.00 |
| | {6} | | Sale of Machinery and Equiptment    $25,000.00 | 1129-000 | | | $105,750.00 |
| | | | Randolph County Tax Department    $(61,547.23) Payment to Randolph County for 2015 and 2016 real estate and personal property taxes upon the sale of real estate pursuant to a Court Order | 2820-000 | | | $105,750.00 |
| | | | Randolph County Tax Department    $(5,508.12) Payment to Randolph County for 2017 real estate taxes upon the sale of real estate pursuant to a Court Order | 2820-000 | | | $105,750.00 |
| | | | First National Bank of Pennsylvania    $(737,194.65) Payment to secured creditor regarding the sale of real estate pursuant to a Court Order | 4110-000 | | | $105,750.00 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $45.63 | $105,704.37 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $141.90 | $105,562.47 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $167.01 | $105,395.46 |
| 06/06/2017 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/06/2017 FOR CASE #15-33128, Payment of Trustee Bond Premium | 2300-000 | | $42.51 | $105,352.95 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $151.56 | $105,201.39 |
| 07/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $146.27 | $105,055.12 |
| 08/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $166.22 | $104,888.90 |
| | | | **SUBTOTALS** | | $105,750.00 | $1,027.32 | |

Case 15-33128-beh   Doc 128   Filed 06/17/19   Page 12 of 18

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No. | 15-33128-BEH | Trustee Name: | Steven R. McDonald |
| Case Name: | PETPRO RESOURCES, LLC | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***1979 | Checking Acct #: | ******3066 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 12/4/2015 | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 5/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/12/2017 | 102 | Elizabeth Koonce and Roberson Haworth & Reese, PLLC | Final payment of fees to Attorney for the Trustee pursuant to court order dated 08/24/17 (Doc. # 79) | 3210-000 | | $11,123.65 | $93,765.25 |
| 09/12/2017 | 103 | Elizabeth Koonce and Roberson Haworth & Reese, PLLC | Payment of expenses to Attorney for the Trustee pursuant to court order. | 3220-000 | | $376.35 | $93,388.90 |
| 09/29/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $143.63 | $93,245.27 |
| 10/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $143.05 | $93,102.22 |
| 11/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $133.91 | $92,968.31 |
| 12/29/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $129.26 | $92,839.05 |
| 01/17/2018 | | Integrity Bank | Transfer Funds | 9999-000 | | $92,758.93 | $80.12 |
| 01/17/2018 | | Rabobank | Bank Service Fee | 2600-000 | | $80.12 | $0.00 |
| | | | TOTALS: | | $105,750.00 | $105,750.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $92,758.93 | |
| | | | Subtotal | | $105,750.00 | $12,991.07 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $105,750.00 | $12,991.07 | |

| For the period of 12/4/2015 to 5/31/2019 | | For the entire history of the account between 03/20/2017 to 5/31/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $910,000.00 | Total Compensable Receipts: | $910,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $910,000.00 | Total Comp/Non Comp Receipts: | $910,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $817,241.07 | Total Compensable Disbursements: | $817,241.07 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $817,241.07 | Total Comp/Non Comp Disbursements: | $817,241.07 |
| Total Internal/Transfer Disbursements: | $92,758.93 | Total Internal/Transfer Disbursements: | $92,758.93 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-33128-BEH | | | Trustee Name: | Steven R. McDonald |
|---|---|---|---|---|---|
| Case Name: | PETPRO RESOURCES, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1979 | | | Checking Acct #: | ******3128 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 12/4/2015 | | | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 5/31/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/17/2018 | | Rabobank | Transfer Funds | 9999-000 | $92,758.93 | | $92,758.93 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $66.67 | $92,692.26 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $124.37 | $92,567.89 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $137.51 | $92,430.38 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $132.88 | $92,297.50 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $137.11 | $92,160.39 |
| 06/05/2018 | 1001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $27.64 | $92,132.75 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $132.47 | $92,000.28 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $136.66 | $91,863.62 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $22.01 | $91,841.61 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($22.01) | $91,863.62 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1,607.61 | $90,256.01 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($1,607.61) | $91,863.62 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $136.54 | $91,727.08 |
| 11/30/2018 | 1002 | Michael K. Benton | Payment of fees to accountant for the trustee pursuant to a court order. | 3410-000 | | $2,137.50 | $89,589.58 |
| 11/30/2018 | 1003 | Michael K. Benton | Payment of expenses to accountant for the trustee pursuant to a court order. | 3420-000 | | $250.00 | $89,339.58 |
| 03/22/2019 | 1004 | Steven R. McDonald | Trustee Expenses | 2200-000 | | $247.92 | $89,091.66 |
| 03/22/2019 | 1005 | Trustee Steven R. McDonald | Trustee Compensation | 2100-000 | | $48,750.00 | $40,341.66 |
| 03/22/2019 | 1006 | Bankruptcy Clerk of Court | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 362.00; | 2700-000 | | $362.00 | $39,979.66 |
| 03/22/2019 | 1007 | AIB International Inc. | Distribution Dividend: 1.34; Claim #: 1; Amount Claimed: 2,900.63; | 7100-000 | | $38.81 | $39,940.85 |
| 03/22/2019 | 1008 | Panther Premium Logistics | Distribution Dividend: 1.34; Claim #: 2; Amount Claimed: 1,135.42; | 7100-000 | | $15.19 | $39,925.66 |
| 03/22/2019 | 1009 | 360 Equipment Finance LLC | Distribution Dividend: 1.34; Claim #: 3; Amount Claimed: 38,352.28; | 7100-000 | | $513.31 | $39,412.35 |
| | | | | SUBTOTALS | $92,758.93 | $53,859.89 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-33128-BEH | | Trustee Name: | Steven R. McDonald |
|---|---|---|---|---|
| Case Name: | PETPRO RESOURCES, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1979 | | Checking Acct #: | ******3128 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/4/2015 | | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 5/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/22/2019 | 1010 | Axis Capital, Inc. | Distribution Dividend: 1.34; Claim #: 4; Amount Claimed: 4,658.71; | 7100-000 | | $62.35 | $39,350.00 |
| 03/22/2019 | 1011 | U-Line | Distribution Dividend: 1.34; Claim #: 9; Amount Claimed: 1,338.53; | 7100-000 | | $17.91 | $39,332.09 |
| 03/22/2019 | 1012 | Sigma Packaging LLC | Distribution Dividend: 1.34; Claim #: 10; Amount Claimed: 6,511.50; | 7100-000 | | $87.15 | $39,244.94 |
| 03/22/2019 | 1013 | Seagrove Foods, Inc. | Distribution Dividend: 1.34; Claim #: 11; Amount Claimed: 1,020,000.00; | 7100-000 | | $13,651.65 | $25,593.29 |
| 03/22/2019 | 1014 | John F. Biagas | Distribution Dividend: 1.34; Claim #: 12; Amount Claimed: 50,000.00; | 7100-000 | | $669.20 | $24,924.09 |
| 03/22/2019 | 1015 | John F. Biagas | Distribution Dividend: 1.34; Claim #: 13; Amount Claimed: 25,000.00; | 7100-000 | | $334.60 | $24,589.49 |
| 03/22/2019 | 1016 | Express Employment Professionals | Distribution Dividend: 1.34; Claim #: 14; Amount Claimed: 186,330.55; | 7100-000 | | $2,493.84 | $22,095.65 |
| 03/22/2019 | 1017 | Randolph Boiler & Mechanical, Inc. | Distribution Dividend: 1.34; Claim #: 15; Amount Claimed: 3,899.82; | 7100-000 | | $52.20 | $22,043.45 |
| 03/22/2019 | 1018 | Carolina Conveying | Distribution Dividend: 1.34; Claim #: 16; Amount Claimed: 7,414.31; | 7100-000 | | $99.23 | $21,944.22 |
| 03/22/2019 | 1019 | McNichols Company | Distribution Dividend: 1.34; Claim #: 17; Amount Claimed: 550.70; | 7100-000 | | $7.37 | $21,936.85 |
| 03/22/2019 | 1020 | Radco Industries, Inc. | Distribution Dividend: 1.34; Claim #: 18; Amount Claimed: 2,363.00; | 7100-000 | | $31.63 | $21,905.22 |
| 03/22/2019 | 1021 | Brooks Contractor | Distribution Dividend: 1.34; Claim #: 20; Amount Claimed: 1,406.60; | 7100-000 | | $18.83 | $21,886.39 |
| 03/22/2019 | 1022 | Clerk, US Bankruptcy Court | Small Dividends | * | | $3.35 | $21,883.04 |
| | | | Claim Amount $(3.35) | 7100-001 | | | $21,883.04 |
| 03/22/2019 | 1023 | Carlton Scale | Distribution Dividend: 1.34; Claim #: 23; Amount Claimed: 1,264.87; | 7100-000 | | $16.93 | $21,866.11 |
| 03/22/2019 | 1024 | Vincent Corporation | Distribution Dividend: 1.34; Claim #: 25; Amount Claimed: 16,111.03; | 7100-000 | | $215.63 | $21,650.48 |
| | | | | SUBTOTALS | $0.00 | $17,977.50 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-33128-BEH | | Trustee Name: | Steven R. McDonald |
|---|---|---|---|---|
| Case Name: | PETPRO RESOURCES, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1979 | | Checking Acct #: | ******3128 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/4/2015 | | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 5/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/22/2019 | 1025 | Bob Ragon | Distribution Dividend: 1.34; Claim #: 26; Amount Claimed: 9,734.07; | 7100-000 | | $130.28 | $21,520.20 |
| 03/22/2019 | 1026 | Pawnee Leasing Corporation | Distribution Dividend: 1.34; Claim #: 27; Amount Claimed: 38,566.43; | 7100-000 | | $516.17 | $21,004.03 |
| 03/22/2019 | 1027 | Alliance Funding Group | Distribution Dividend: 1.34; Claim #: 29; Amount Claimed: 85,746.61; | 7100-000 | | $1,147.63 | $19,856.40 |
| 03/22/2019 | 1028 | Seagrove Ulah Metropolitan Water District | Distribution Dividend: 1.34; Claim #: 30; Amount Claimed: 3,320.34; | 7100-000 | | $44.44 | $19,811.96 |
| 03/22/2019 | 1029 | Wayne Bailey, Inc. (PACA) | Distribution Dividend: 1.34; Claim #: 31; Amount Claimed: 124,012.84; | 7100-000 | | $1,659.78 | $18,152.18 |
| 03/22/2019 | 1030 | First National Bank of Pennsylvania (f/k/a Yadkin Bank) | Distribution Dividend: 1.34; Claim #: 32; Amount Claimed: 1,211,987.58; | 7100-000 | | $16,221.21 | $1,930.97 |
| 03/22/2019 | 1031 | Southern Produce Distributors, Inc. (PACA) | Distribution Dividend: 1.34; Claim #: 33; Amount Claimed: 109,131.66; | 7100-000 | | $1,460.62 | $470.35 |
| 03/22/2019 | 1032 | Keystone Equipment Finance Corp. | Distribution Dividend: 1.34; Claim #: 35; Amount Claimed: 12,791.06; | 7100-000 | | $171.20 | $299.15 |
| 03/22/2019 | 1033 | Mechanical Maintenance, Inc. | Distribution Dividend: 1.34; Claim #: 36; Amount Claimed: 22,351.00; | 7100-000 | | $299.15 | $0.00 |
| | | | | SUBTOTALS | $0.00 | $21,650.48 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6  Exhibit 9

| Case No. | 15-33128-BEH | Trustee Name: | Steven R. McDonald |
| Case Name: | PETPRO RESOURCES, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1979 | Checking Acct #: | ******3128 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/4/2015 | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 5/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $92,758.93 | $92,758.93 | $0.00 |
|  |  |  | Less: Bank transfers/CDs | | $92,758.93 | $0.00 | |
|  |  |  | **Subtotal** | | $0.00 | $92,758.93 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $0.00 | $92,758.93 | |

**For the period of 12/4/2015 to 5/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $92,758.93 |
| | |
| Total Compensable Disbursements: | $92,758.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $92,758.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/17/2018 to 5/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $92,758.93 |
| | |
| Total Compensable Disbursements: | $92,758.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $92,758.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No. | 15-33128-BEH | Trustee Name: | Steven R. McDonald |
| Case Name: | PETPRO RESOURCES, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1979 | Checking Acct #: | ******3128 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/4/2015 | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 5/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $105,750.00 | $105,750.00 | $0.00 |

**For the period of 12/4/2015 to 5/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $910,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $910,000.00 |
| Total Internal/Transfer Receipts: | $92,758.93 |
| | |
| Total Compensable Disbursements: | $910,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $910,000.00 |
| Total Internal/Transfer Disbursements: | $92,758.93 |

**For the entire history of the case between 12/04/2015 to 5/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $910,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $910,000.00 |
| Total Internal/Transfer Receipts: | $92,758.93 |
| | |
| Total Compensable Disbursements: | $910,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $910,000.00 |
| Total Internal/Transfer Disbursements: | $92,758.93 |

/s/ STEVEN R. MCDONALD

STEVEN R. MCDONALD